AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 OCT 19 P 5: 04

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| ECOMSYSTEMS, INC.<br>8237 Vicela Drive<br>Sarasota, Florida, 34240<br><br>*Plaintiff(s)*<br>v.<br>SALESTRAQ BY APPLIED ANALYSIS, LLC<br>6385 S. Rainbow Blvd.<br>Las Vegas, Nevada 89118<br><br>*Defendant(s)* | Civil Action No. 1:15cv1363 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SALESTRAQ BY APPLIED ANALYSIS, LLC
Serve: c/o Brian Gordon, Registered Agent
6385 S. Rainbow Blvd.
Las Vegas, Nevada 89118

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Smith
Remenick PLLC
1025 Thomas Jefferson St., NW, Suite 175
Washington, DC 20007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____  _____
*Signature of Clerk or Deputy Clerk*